IN THE MATTER OF MAYOLA BORDEN CAMPEN.
(SUPREME COURT DISCIPLINARY NOS. 603, 604)
(369 SE2d 33)

PER CURIAM.

Mayola Borden Campen filed a petition for voluntary surrender of license, admitting failure to account for client funds in two separate cases. The State Bar of Georgia has indicated its willingness to accept surrender of her license for violation of Standards 63 and 65 of Rule 4-102 of the Rules and Regulations of the State Bar of Georgia. We agree.

The name of Mayola Borden Campen is hereby stricken from the roll of attorneys.

*All the Justices concur.*

DECIDED MAY 12, 1988.

*William P. Smith III*, General Counsel State Bar, *Viola Sellers Drew, Glenn M. Miller*, Assistant General Counsels State Bar, for State Bar of Georgia.